**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**UNITED STATES OF AMERICA**

| | |
|---|---|
| **-against-** | **ORDER** |
| | **05-CR-0799 (NG) (RLM)** |
| **MORDECAI ABRAHAM SORCHER and** | |
| **SROYA SORCHER,** | |
| **Defendants.** | |

------------------------------------------------------------x

**GERSHON, United States District Judge**

By letter dated January 13, 2007, defendant Mordecai Abraham Sorcher objected to Judge Mann's December 28, 2006 order, denying defendant's request for the production of all agency documents related to the search of Yeshiva Gedollah Academy in December 2000 prior to the suppression hearing that is scheduled for February 6, 2007.  The court will consider all issues relating to the suppression motion, including the request for production of documents, if it remains an issue, after Judge Mann issues her Report and Recommendation.

          **SO ORDERED.**

          ___/s/ *Nina Gershon*_____
          **NINA GERSHON**
          **United States District Judge**

Dated: January 19, 2007
      Brooklyn, New York