**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**UNITED STATES OF AMERICA**

    **-against-**                                   **ORDER**
                                                                **05-CR-0799 (NG) (RLM)**
**MORDECAI ABRAHAM SORCHER and**
**SROYA SORCHER,**

                 **Defendants.**
------------------------------------------------------------x

**GERSHON, United States District Judge**

On March 22, 2007, the court held a conference to resolve a dispute between the parties regarding defendants' request to have their expert present when defendants provide handwriting exemplars to the government. Upon further consideration, the court has determined that briefing is not required. Therefore, the conference scheduled for April 11, 2007 is canceled.

Accordingly, the defendants' handwriting expert is permitted to be present when defendants provide handwriting exemplars to the government on May 4, 2007. However, defendants' expert will not be able to participate. The expert's role is limited to observing and taking notes for the purpose of advising defense counsel in preparation for cross-examination of the government's expert.

                                                     **SO ORDERED.**

                                                  /s/ *Nina Gershon*
                                                **NINA GERSHON**
                                                **United States District Judge**

Dated: March 23, 2007
       Brooklyn, New York