**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X    05 CR 0799 (NG) (RLM)
**UNITED STATES OF AMERICA,**

    **-against-**    <u>**ORDER**</u>

**MORDECAI ABRAHAM SORCHER, and**
**SROYA SORCHER,**

      **Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

    On March 26, 2007, the Honorable Roanne L. Mann, magistrate judge, issued a report and recommendation ("R&R"), following an evidentiary hearing, in which she recommends denial of defendants' suppression motion. Defendant Mordecai Sorcher has filed objections to the R&R and the government has responded. Upon review, the court finds the objections without merit.

    The motion to suppress is denied.

                                    **SO ORDERED.**

                                    /s/
                                **NINA GERSHON**
                                **United States District Judge**

Dated: Brooklyn, New York
       April 18, 2007